UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TAMMY VENABLE** | **CASE NO. 6:23-CV-01046** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. COMMISSIONER**<br>**SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is REVERSED, and this matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) with instructions to accept all evidence pertaining to Claimant's most recent surgery, including recovery and rehabilitation, and to then re-evaluate whether Claimant is disabled. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE